UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

JOSE ALFREDO PERALTA-SANCHEZ,

                              Petitioner,

                v.

PAM BONDI,

                              Respondent.

Case No. 5:26-cv-01770-SVW (MAR)

ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the records on file, and the Report and Recommendation of the United States Magistrate Judge. No objections have been filed. The Court accepts the findings and recommendation of the Magistrate Judge.

**IT IS THEREFORE ORDERED** that judgment be entered **GRANTING** the Petition and **ORDERING** Respondents to release Petitioner from custody forthwith, and to refrain from re-detaining him absent compliance with the Fifth Amendment, 8 C.F.R. § 241.4, and 8 C.F.R. § 241.13(i).

Dated: May 7, 2026

_____
HONORABLE STEPHEN V. WILSON
United States District Judge