JS6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ALFREDO PERALTA-SANCHEZ,<br><br>                    Petitioner,<br><br>          v.<br><br>PAM BONDI,<br><br>                    Respondent. | Case No. 5:26-cv-01770-SVW (MAR)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge, **IT IS HEREBY ADJUDGED** that this Petition is **GRANTED**.  Respondents are **ORDERED** to release Petitioner from custody forthwith, and to refrain from re-detaining him absent compliance with the Fifth Amendment, 8 C.F.R. § 241.4, and 8 C.F.R. § 241.13(i).

Dated: May 7, 2026

HONORABLE STEPHEN V. WILSON
United States District Judge